UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES HENRY ROBERTS,<br><br>Defendant. | CASE NO. 3:18-cr-05526-RJB<br><br>DETENTION ORDER |

The Court conducted a hearing on 13 January 2023 on Defendant's Motion to Revoke Detention Order (Dkt. 87), and based on the Defendant's record, the Court finds that the Defendant presents a danger to the safety of any other person and the community if released. Therefore, Defendant's existing detention order is AFFIRMED and Defendant shall remain in the custody of FDC SeaTac, subject to necessary supervised transportation for medical care, opportunity for private consultation with counsel, and transportation to court for court proceedings.

Dated this 13th day of January 2023.

ROBERT J. BRYAN
United States District Judge

DETENTION ORDER - 1